UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRUCK CENTER OF BOSTON, L.L.C.,<br><br>Defendant. | CIVIL ACTION NO.: _____<br><br>04cv10875 JLT |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of this Court, the Plaintiff International Truck and Engine Corporation ("ITEC") states that: (1) Navistar International Corporation ("Navistar") is the parent company of ITEC, and owns 100% of ITEC; (2) Navistar is a publicly traded corporation; and (3) as of December 2, 2003, the following entities owned 10% or more of Navistar:

(i) Prudential Financial, Inc.;

(ii) Jennison Associates, L.L.C.;

(iii) Capital Group International, Inc.;

(iv) FMR Corporation; and

(v) the International Truck and Engine Corporation Non-Contributory Retirement Plan Trust, International Truck and Engine Corporation Retirement Plan for Salaried Employees Trust, and International Truck and

Engine Corporation Retiree Health Benefits Trust (collectively the "ITEC Trusts").

Respectfully submitted,

THE PLAINTIFF,

INTERNATIONAL TRUCK AND ENGINE CORPORATION,

By its attorneys,

_____
Kent D.B. Sinclair (BBO No. 639597)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(617) 946-4800

Dated: May 3, 2004

## CERTIFICATE OF SERVICE

I, Kent D.B. Sinclair, hereby certify that on May 3, 2004, I served a copy of the foregoing document by hand delivery upon the Defendant International Truck Center of Boston, L.L.C.

_____
Kent D.B. Sinclair

2