AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the District of Massachusetts

INTERNATIONAL TRUCK AND ENGINE
CORPORATION,

**SUMMONS IN A CIVIL CASE**

V.

INTERNATIONAL TRUCK CENTER OF BOSTON, LLC,

CASE NUMBER:

**04 CV 10875 JLT**

TO: (Name and address of Defendant)

INTERNATIONAL TRUCK CENTER OF BOSTON, LLC
340 Mystic Ave
Medford, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent D.B. Sinclair, Esq.
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 5-3-04

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me (1) || DATE<br>May 3, 2004 |
| NAME OF SERVER<br>JOSEPH OLINTO || TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to   **Ms. Nancy Tewksbury, Office Manager and**
Duly Authorized Agent for the within-named **Defendant, International Truck Center of Boston, LLC.**
Said service was made at:
   **340 Mystic Avenue, Medford**_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 75.00 | $ 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 3, 2004___        *Joseph Olinto*
            Date                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.
   Date      Time         Remarks                                                               FEE
                                                                                                $_____.00
Also served:
- Civil Action Cover Sheet                                                                      $_____.00
- Case Category Sheet                                                                           $_____.00
- Plaintiff's Corporate Disclosure Statement
                                                                                                $_____.00

                                                                                                $_____.00

                                                                                                $_____.00
**DUE & DILIGENT SEARCH**:   $_____.00     No service was made         TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #         (617) 720-5737 |