UNITED STATES DISTRICT COURT
For the District of Massachusetts

FILED IN CLERKS OFFICE

2004 MAY 21 P 1:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION, <br><br> Plaintiff, <br><br> and <br><br> INTERNATIONAL TRUCK CENTER OF BOSTON, LLC, <br><br> Defendant. | C. A. No. 04CV10875-JLT |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff, International Truck and Engine Corporation ("International") and defendant, International Truck Center of Boston ("ITCOB"), respectfully submit this joint motion to enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from the current deadline of May 24, 2004, to Thursday, June 24, 2004.

As grounds for this joint motion, the parties state that neither of them will be prejudiced by the requested enlargement, and, it will allow the parties additional time to explore on-going settlement discussions.

B0364736v1

WHEREFORE, International Truck and Engine Corporation and International Truck Center of Boston jointly request the Court enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from May 24, 2004 to Thursday, June 24, 2004.

INTERNATIONAL TRUCK CENTER OF BOSTON, LLC
By their attorneys,

_[signature]_

Paul Marshall Harris, BBO # 223500
Scott A. Silverman, BBO # 638087
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000


INTERNATIONAL TRUCK AND ENGINE CORPORATION
By their attorneys,

_[signature]_ ss

Kent D. B. Sinclair, BBO #639597
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: May 21, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was/were served upon the attorney of record for each party by mail/by hand/electronically.

By: _[signature]_

Date: 5-21-04

-2-

B0364736v1