UNITED STATES DISTRICT COURT
For the District of Massachusetts

FILED
IN CLERKS OFFICE

2004 JUN 17 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION, )<br><br>Plaintiff, )<br><br>and )<br><br>INTERNATIONAL TRUCK CENTER OF BOSTON, LLC, )<br><br>Defendant. ) | C. A. No. 04CV10875-JLT |

## SECOND JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff, International Truck and Engine Corporation ("International") and defendant, International Truck Center of Boston ("ITCOB"), respectfully submit this second joint motion to enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from the current deadline of May 24, 2004, to Thursday, June 24, 2004.

As grounds for this joint motion, the parties state that their first request dated May 19, 2004 was granted providing time to contemplate and discuss settlement – which is still on-going as of this date. Neither of the parties will be prejudiced by the requested additional enlargement, and, it will allow the parties time to explore and potentially finalize on-going settlement discussions.

B0364736v1

WHEREFORE, International Truck and Engine Corporation and International Truck Center of Boston jointly request the Court enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from Thursday, June 24, 2004 until Monday, July 26, 2004.

INTERNATIONAL TRUCK CENTER OF
BOSTON, LLC
By their attorneys,

_____
Paul Marshall Harris, BBO # 223500
Scott A. Silverman, BBO # 638087
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000


INTERNATIONAL TRUCK AND ENGINE
CORPORATION
By their attorneys,

_____
Kent D. B. Sinclair, BBO #639597
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: June 17, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was/were served upon the attorney of record for each party by mail/by hand/electronically.

By: _____

Date: 6-17-04

-2-

B0364736v1