UNITED STATES DISTRICT COURT
For the District of Massachusetts

FILED
CLERKS OFFICE

2004 JUN 23 A II: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| INTERNATIONAL TRUCK AND ENGINE CORPORATION,<br><br>Plaintiff,<br><br>and<br><br>INTERNATIONAL TRUCK CENTER OF BOSTON, LLC,<br><br>Defendant. | C. A. No. 04CV10875-JLT |

## SECOND JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff, International Truck and Engine Corporation ("International") and defendant, International Truck Center of Boston ("ITCOB"), respectfully submit this second joint motion to enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from the current deadline of June 24, 2004, to July 26, 2004.

As grounds for this joint motion, the parties state that their first request dated May 19, 2004 was granted providing time to contemplate and discuss settlement – which is still on-going as of this date. Neither of the parties will be prejudiced by the requested additional enlargement, and, it will allow the parties time to explore and potentially finalize on-going settlement discussions.

B0364736v1

WHEREFORE, International Truck and Engine Corporation and International Truck Center of Boston jointly request the Court enlarge time for ITCOB to answer or file a responsive pleading to International's Complaint from Thursday, June 24, 2004 until Monday, July 26, 2004.

          INTERNATIONAL TRUCK CENTER OF
          BOSTON, LLC
          By their attorneys,

          */s/ Scott A. Silverman*

          Paul Marshall Harris, BBO # 223500
          Scott A. Silverman, BBO # 638087
          Gadsby Hannah LLP
          225 Franklin Street
          Boston, MA  02110
          (617) 345-7000


          INTERNATIONAL TRUCK AND ENGINE
          CORPORATION
          By their attorneys,

          */s/ Kent Sinclair*

          Kent D. B. Sinclair, BBO #639597
          Seyfarth Shaw LLP
          World Trade Center East
          Two Seaport Lane, Suite 300
          Boston, MA  02210

Dated: June 23, 2004          (617) 946-4800

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was/were served upon the attorney of record for each party by mail/by hand/electronically.

    By: */s/ Scott A. Silverman*

    Date: 6-23-04

-2-