```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

INTERNATIONAL TRUCK & ENGINE
    Plaintiff,

    V                  CA 04-10875-JLT

INTERNATIONAL TRUCK CENTER
OF BOSTON,
    Defendant.

### SETTLEMENT ORDER OF DISMISSAL

<u>TAURO, D.J.</u>

The court having been advised on July 19, 2004 by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and re-opening if within <u>90</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                           /s/
                                  _____
                                  Deputy Clerk

July 20, 2004